[No. 14439. Department Two. April 27, 1918.]

MARY N. HATCH, *Appellant,* v. HOVER-SCHIFFNER COMPANY *et al., Respondents.*[1]

APPEAL—RECORD—EXCEPTIONS—STATEMENT OF FACTS. In the absence of exceptions to the findings of fact, or any statement of facts, an appeal in which there is no question raised which is determinable apart from the facts will be dismissed and the judgment will be affirmed.

Appeal from a judgment of the superior court for Spokane county, Kennan, J., entered December 18, 1916, upon findings in favor of the defendants, in an action for damages, tried to the court. Affirmed.

*Robertson & Miller* and *C. H. White,* for appellant.

*A. E. Gallagher,* for respondents.

PER CURIAM.—In this case no exceptions were taken to any of the findings of fact and conclusions of law as

[1]Reported in 172 Pac. 817.

made by the court, and no statement of facts or bill of exceptions is in the record, nor has any been settled or allowed by the trial court. No question is raised which is determinable apart from facts to be shown by a statement of facts. It has been repeatedly held by this court that, where no exceptions have been taken to the findings and where there is no statement of facts, there is nothing before this court to review and we must dismiss the appeal and affirm the judgment. *Beeler v. Barr*, 90 Wash. 258, 155 Pac. 1040, and cases there cited.

Judgment affirmed.